JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIS GEVORGYAN, | CV 11-10700 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| AMERICAN EXPRESS; CHASE BANK USA; TARGET CORP.; and EQUABLE ASCENT FINANCIAL, LLC, | |
| Defendants. | |

Pursuant to the Court's February 29, 2012 Minute Order dismissing with prejudice the claims alleged by plaintiff Alis Gevorgyan ("Plaintiff") against defendants American Express Centurion Bank (erroneously sued as American Express), Chase Bank USA, N.A. (erroneously sued as Chase Bank USA), Target National Bank (erroneously sued as Target Corp.), and Equable Ascent Financial, LLC (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

//

//

//

//

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that Defendants shall have their costs of suit.
3       IT IS SO ORDERED.

5 DATED: February 29, 2012                _____
                                                Percy Anderson
                               UNITED STATES DISTRICT JUDGE